IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| RICHARD WILLHITE, #09689078 | § | |
| VS. | § | CIVIL ACTION NO. 9:05cv10 |
| UNITED STATES OF AMERICA | § | |

## FINAL JUDGMENT

The Court considered Petitioner's case, rendered the Court's decision by opinion issued this date, and **ORDERS** that this action is **DISMISSED WITHOUT PREJUDICE** and that the statute of limitations is tolled for ninety days.

**SIGNED** this the 27 day of **July, 2005.**

_____
Thad Heartfield
United States District Judge